IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>     v.<br>ARNOLD WESLEY FLOWERS, II, and<br>MIRANDA MAY FLOWERS,<br><br>                       Defendants. | Case No. 3:16-cr-00058-SLG |

**ORDER RE DEFENSE MOTION TO SUPPRESS STATEMENTS OF THE DEFENDANT**

      Before the Court is a Defense Motion to Suppress Statements of the Defendant at Docket 48. This motion has been fully briefed[1] and Magistrate Judge Oravec conducted an evidentiary hearing on the motion on August 23, 2016. At Docket 144, Judge Oravec issued a Final Report and Recommendation that recommended that the motion at Docket 48 be granted in part and denied in part. For the same reasons that this Court articulated in its order at Docket 184 in Case No. 3:16-cr-00035-SLG on this motion, the Court will accept the Magistrate Judge's recommendations regarding Defendant's motion.

      In light of the foregoing, the Motion to Suppress at Docket 48 is GRANTED IN PART and DENIED IN PART. Defendant Wesley Flowers's statements to law enforcement made on March 29, 2016 while in law enforcement custody, from 9 minutes

---

[1] Docket 78 (Gov. Opp'n to Def. Mot.); Docket 100 (Def. Reply).

and 51 seconds until prior to Detective Adair's *Miranda* advisement at approximately 19 minutes and 43 seconds into the recording at Plaintiff's Exhibit 1, are SUPPRESSED. Defendant Wesley Flowers's statements made to Detective Adair or other law enforcement officers following the *Miranda* advisement on March 29, 2016 are NOT SUPPRESSED.

DATED this 31st day of October, 2016 at Anchorage, Alaska.

<u>/s/ Sharon L. Gleason</u>
UNITED STATES DISTRICT JUDGE

3:16-cr-00058-SLG, *USA v. Arnold Wesley Flowers, II and Miranda May Flowers*
Order re Pre-Miranda Statements
Page 2 of 2

Case 3:16-cr-00058-SLG   Document 161   Filed 10/31/16   Page 2 of 2