IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>  v.<br><br>ARNOLD WESLEY FLOWERS, II,<br><br>                      Defendant. | Case No. 3:16-cr-00058-SLG |

## ORDER RE DEFENSE MOTION TO SUPPRESS PHYSICAL EVIDENCE FROM SEARCH OF RESIDENCE

Before the Court is Defendant's Motion to Suppress Physical Evidence from Search of Residence at Docket 58. The motion has been fully briefed;[1] Magistrate Judge Oravec heard oral argument on the motion on August 23, 2016. A Report and Recommendation on the motion was issued by the Magistrate Judge at Docket 143. Defendant Wesley Flowers filed objections to the report in Case No. 3:16-cr-00035-SLG only.

For the same reasons that the Court articulated at Docket 190 in Case No. 3:16-cr-00035, the Court accepts the Magistrate Judge's Report and Recommendation in its entirety and the Motion to Suppress Physical Evidence from Search of Residence at Docket 58 is DENIED.

DATED this 31st day of October, 2016 at Anchorage, Alaska.

                                                                             */s/ Sharon L. Gleason*
                                                                      UNITED STATES DISTRICT JUDGE

---

[1] Docket 82(Gov. Opp'n to Def. Mot.); Docket 98 (Def. Reply).