IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | |
| ARNOLD WESLEY FLOWERS, II, and MIRANDA MAY FLOWERS, | Case No. 3:16-cr-00058-SLG |
| Defendants. | |

## ORDER RE DEFENSE MOTION TO SUPPRESS EVIDENCE SEIZED FROM BEST STORAGE LOCKER

Before the Court is Defendant's Motion to Suppress Evidence Seized from Best Storage Locker at Docket 60. At Docket 67, Defendant Miranda May Flowers filed a Notice of Joinder. The motion has been fully briefed;[1] Magistrate Judge Oravec heard oral argument on the motion on August 23, 2016. The Magistrate Judge issued a Report and Recommendation at Docket 146, to which Defendant Wesley Flowers filed objections at Docket 181. For the same reasons that the Court articulated in its order at Docket 191 in Case No. 3:16-cr-00035-SLG on this motion, the Court will accept the Magistrate Judge's Report and Recommendation except as specifically modified in that order.

In light of the foregoing, the Court DENIES Defendant's Motion to Suppress Evidence Seized from Best Storage Locker at Docket 60.

DATED this 31st day of October, 2016 at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

---

[1] Docket 80 (Gov. Opp'n to Def. Mot.); Docket 99 (Def. Reply).